THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8
9
10
11
12
13
14

| | |
|---|---|
| NICOLAI POSTICA, and ANA BUREA, a married couple,<br><br>     Plaintiffs,<br><br>  v.<br><br>BOEING, INC., a foreign corporation; and JOHN DOE 1-5, Washington residents,<br><br>     Defendants. | No. 2:24-cv-01788-JCC<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |

15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT
(No. 2:24-cv-01788-JCC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

92768153.1

1

**STIPULATION**

2

Under Western District of Washington Local Rules 7(d)(1) and 10(g), the parties stipulate

3

that Defendant The Boeing Company ("Boeing," incorrectly identified as "Boeing, Inc.") may

4

have until November 13, 2024 to file and serve its response to the complaint.

5

*Counsel certifies that this memorandum contains 33 words, in compliance with the Local*

6

*Civil Rules.*

7

8

Dated: November 5, 2024

By: /s/ Laura Hill
Laura Hill, WSBA No. 49229

9

PERKINS COIE LLP
1201 Third Avenue, Suite 4900

10

Seattle, Washington 98101-3099
Telephone: 206-359-3349

11

LHill@perkinscoie.com
*Attorney for Defendant The Boeing Company*

12

*(Incorrectly identified as "Boeing, Inc.")*

13

By: /s/ Felix Gavi Luna

14

Felix Gavi Luna
PWRFL Law

15

1001 Fourth Ave, Suite 4131
Seattle, Washington 98154

16

Telephone: 206-624-6800
luna@pwrfl-law.com

17

*Attorney for Plaintiffs*

18

Cosmin Popa
Popa Law, PLLC

19

12207 NE 8th St., Suite 12
Bellevue, Washington 98005

20

Telephone: 425-279-9967
cosmin@popalaw.com

21

*Attorney for Plaintiffs*

22

23

24

25

26

STIPULATED MOTION AND ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT
(No. 2:24-cv-01788-JCC) –2

92768153.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**[PROPOSED] ORDER**

The parties' stipulated motion (Dkt. No. 8) is GRANTED. The deadline for Defendant to respond to the complaint is extended to November 13, 2024.

Dated this 6th day of November, 2024.

THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

By:  s/ Laura Hill
Laura Hill, WSBA No. 49229
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206-359-3349
LHill@perkinscoie.com
*Attorney for Defendant The Boeing Company*
*(Incorrectly identified as "Boeing, Inc.")*

STIPULATED MOTION AND ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT
(No. 2:24-cv-01788-JCC) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

92768153.1