THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLAI POSTICA, and ANA BUREA, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>BOEING, INC., a foreign corporation; and JOHN DOE 1-5, Washington residents,<br><br>Defendants. | No. 2:24-cv-01788-JCC<br><br>STIPULATED MOTION AND ORDER TO:<br><br>1. RENOTE DEFENDANT THE BOEING COMPANY'S MOTION TO DISMISS;<br><br>2. EXTEND TIME FOR BOEING TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS; AND<br><br>3. EXTEND INITIAL CASE MANAGEMENT DATES<br><br>NOTE ON MOTION CALENDAR: December 10, 2024 |

STIPULATED MOTION TO RENOTE BOEING'S
MOTION TO DISMISS AND EXTEND VARIOUS
DEADLINES
(No. 2:24-cv-01788-JCC)
92776522.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**STIPULATION**

Under Western District of Washington Local Rules 7(d)(1), 7(1), and 10(g), the parties file this stipulated motion to (1) renote the Motion to Dismiss filed by Defendant The Boeing Company ("Boeing," incorrectly identified as "Boeing, Inc."), *see* Dkt. No. 10; (2) extend Boeing's deadline to file a reply in support of its Motion to Dismiss; and (3) extend the initial case management dates set forth in the Court's Minute Order Setting Initial Case Management Dates, *see* Dkt. No. 7, as follows:

- December 20, 2024: Amended Noting Date for Motion to Dismiss
- December 20, 2024: Amended Reply Deadline for Motion to Dismiss
- January 10, 2025: Amended Rule 26(f) Conference Deadline
- January 17, 2025: Amended Initial Disclosure Deadline
- January 24, 2025: Amended Deadline to File Joint Status Report

Boeing's Motion to Dismiss is currently noted for consideration on December 11, 2024. Dkt. No. 10. The parties agree that an extension is warranted to provide Boeing sufficient time to respond to Plaintiffs' Response to Boeing's Motion to Dismiss, which was filed five days after the deadline to do so. *See* Dkt. No. 11. The parties also request that the deadlines for the Rule 26(f) conference, initial disclosures, and joint status report be reset to the suggested dates in January 2025. A brief extension is warranted so that the parties can first finish briefing the Motion to Dismiss and in light of the upcoming holidays.

*Counsel certifies that this memorandum contains 231 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO RENOTE BOEING'S
MOTION TO DISMISS AND EXTEND VARIOUS
DEADLINES
(No. 2:24-cv-01788-JCC) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | |
|---|---|
| Dated: December 10, 2024 | By: /s/ Laura Hill<br>Laura Hill, WSBA No. 49229<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: 206-359-3349<br>LHill@perkinscoie.com<br>*Attorney for Defendant The Boeing Company*<br>*(Incorrectly identified as "Boeing, Inc.")* |
| | By: /s/ Felix Gavi Luna<br>Felix Gavi Luna<br>PWRFL Law<br>1001 Fourth Ave, Suite 4131<br>Seattle, Washington 98154<br>Telephone: 206-624-6800<br>luna@pwrfl-law.com<br>*Attorney for Plaintiffs* |
| | Cosmin Popa<br>Popa Law, PLLC<br>12207 NE 8th St., Suite 12<br>Bellevue, Washington 98005<br>Telephone: 425-279-9967<br>cosmin@popalaw.com<br>*Attorney for Plaintiffs* |

STIPULATED MOTION TO RENOTE BOEING'S
MOTION TO DISMISS AND EXTEND VARIOUS
DEADLINES
(No. 2:24-cv-01788-JCC) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**[PROPOSED] ORDER**

The parties' stipulated motion (Dkt. No. 12) is GRANTED. Defendant's Motion to Dismiss is renoted for December 20, 2024. The deadline for Defendant to file its reply in support of its Motion to Dismiss is extended to December 20, 2024. The parties may have until January 10, 2025, to participate in the Rule 26(f) conference, until January 17, 2025, to serve initial disclosures, and until January 24, 2025, to file their joint status report.

Dated this 11th day of December 2024.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ Laura Hill
Laura Hill, WSBA No. 49229
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206-359-3349
LHill@perkinscoie.com
*Attorney for Defendant The Boeing Company
(Incorrectly identified as "Boeing, Inc.")*

STIPULATED MOTION TO RENOTE BOEING'S MOTION TO DISMISS AND EXTEND VARIOUS DEADLINES
(No. 2:24-cv-01788-JCC) –4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000